```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 03 B 49535
   CATONIA QUINN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7774


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/09/2003 and was confirmed 03/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  28.33% from remaining funds.

     The case was paid in full 02/09/2009.
------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
DELL FINANCIAL               SECURED             300.00         5.17         300.00
DELL FINANCIAL               UNSECURED          1069.48          .00         302.94
RETAILERS NATIONAL BANK      SECURED            3000.00        51.68        3000.00
RETAILERS NATIONAL BANK      UNSECURED         12051.43          .00        3413.69
ECAST SETTLEMENT CORP        UNSECURED          5521.24          .00        1563.95
AMERICAN EXPRESS TRAVEL      UNSECURED          1079.18          .00         305.69
AMERICAN EXPRESS TRAVEL      UNSECURED          1844.81          .00         522.56
RESURGENT ACQUISITION LL     UNSECURED OTH       931.05          .00         263.82
CAPITAL ONE BANK             UNSECURED          6045.60          .00        1712.48
CAPITAL ONE BANK             UNSECURED          5009.64          .00        1419.03
CHICAGO MUNICIPAL EMPLOY     SECURED            3515.00       411.99        3515.00
CITIBANK STUDENT LOAN CO     UNSECURED        NOT FILED          .00            .00
HOUSEHOLD BANK               UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC          UNSECURED          2518.13          .00         713.29
VICTORIAS SECRET             UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP        UNSECURED          3569.80          .00        1011.18
ISAC                         UNSECURED         80805.74          .00       22889.03
LITTON LOAN SERVICING        CURRENT MORTG         .00           .00            .00
LITTON LOAN SERVICING        SECURED NOT I     1686.91          .00            .00
CHICAGO MUNICIPAL EMPLOY     UNSECURED             .28           .00            .08
PETER FRANCIS GERACI         DEBTOR ATTY       2,600.00                    2,600.00
TOM VAUGHN                   TRUSTEE                                       2,798.42
DEBTOR REFUND                REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  46,800.00

PRIORITY                                         .00
SECURED                                     6,815.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 03 B 49535 CATONIA QUINN
```

```
     INTEREST                                                   468.84
UNSECURED                                                    34,117.74
ADMINISTRATIVE                                                2,600.00
TRUSTEE COMPENSATION                                          2,798.42
DEBTOR REFUND                                                      .00
                                        ---------------    ---------------
TOTALS                                        46,800.00          46,800.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 03/09/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```